UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Date: September 8, 2021**

| | |
|---|---|
| **CV 21-4994 MWF (Ex):** | *Allstate Insurance Company, et al. v. Southern California Edison Company, et al.* |
| **CV 21-5166 MWF (Ex):** | *21st Century Insurance Company v. Southern California Edison, et al.* |
| **CV 21-5171 MWF (Ex):** | *Myrna Bahl, et al. v. Southern California Edison Company, et al.* |
| **CV 21-5244 MWF (Ex):** | *Ria I. Canlas, et al. v. Los Angeles Department of Water and Power, et al.* |
| **CV 21-5306 MWF (Ex):** | *State Farm General Insurance Company, et al. v. Southern California Edison Company, et al.* |
| **CV 21-5316 MWF (Ex):** | *United Services Automobile Association v. Southern California Edison Company, et al.* |
| **CV 21-5321 MWF (Ex):** | *Allianz Global Corporate and Specialty v. Southern California Edison Company, et al.* |
| **CV 21-5460 MWF (Ex):** | *Hartford Fire Insurance Company, et al. v. Southern California Edison Company, et al.* |
| **CV 21-5848 MWF (Ex):** | *AIG Property Casualty Company, et al. v. Southern California Edison Company, et al.* |
| **CV 21-5895 MWF (Ex):** | *California Automobile Insurance Company, et al. v. Southern California Edison Company, et al.* |
| **CV 21-5901 MWF (Ex):** | *Abraham Ascencio, et al. v. Los Angeles Department of Water and Power, et al.* |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric M. Schroeder | Douglas J. Dixon |
| Mark Roth/Megan R. Peitzke | Stacey Blank/Eskel Solomon |
| Christine Forsline | |
| Craig S. Simon | |
| Samuel Hutchins | |
| Adam Romney | |
| David Kesterbaum | |
| Christine Forsline s/a for Jessica Kirschner | |
| Timothy E. Cary | |
| Gregory P. Waters | |

**PROCEEDINGS:** VTC HEARING ON THE MOTIONS TO REMAND; JOINDERS **(See below)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date:  September 7, 2021

**CV 21-4994 MWF (Ex):**   *Allstate Insurance Company, et al. v. Southern California Edison Company, et al., and related cases*

CV 21-4994, *Allstate*:
- Plaintiffs' Motion to Remand Action to State Court [13]

CV 21-5166, *21st Century*:
- Plaintiffs' Motion to Remand Action to State Court [15]
- Plaintiffs' Joinder in Allstate MTR ("21st Century Joinder") [20]

CV 21-5171, *Bahl*:
- Plaintiffs' Motion to Remand Action to State Court ("Bahl MTR") [15]
- Plaintiffs' Joinder in Motion for Remand Filed by Plaintiff Allstate ("Bahl Joinder") [20]

CV 21-5244, *Canlas*:
- Plaintiffs' Motion to Remand Action to State Court ("Canlas MTR") [14]
- Defendant City of Los Angeles and Department of Water and Power's Joinder in Motion for Remand filed by Allstate, and Motion for Remand ("DWP Joinder/Canlas and MTR") [18]
- Plaintiffs' Joinder in Motion for Remand filed by Allstate ("Canlas Joinder) [21]

CV 21-5306, *State Farm*:
- Plaintiffs' Joinder in Motion for Remand Filed by Plaintiffs Allstate ("State Farm Joinder") [16][18]

CV 21-5316, *USAA*:
- Plaintiffs' Joinder in Motion for Remand Filed by Plaintiffs Allstate ("USAA Joinder") [17]

CV 21-5321, *Allianz*:
- Plaintiffs' Motion to Remand Action to State Court ("Allianz MTR") [15]
- Plaintiffs' Joinder in Motion for Remand Filed by Plaintiffs Allstate ("Allianz Joinder") [17]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date:  September 7, 2021

**CV 21-4994 MWF (Ex):**   *Allstate Insurance Company, et al. v. Southern California Edison Company, et al., and related cases*

<u>CV 21-5460, *Hartford*</u>:
- Plaintiffs Joinder in Motion for Remand Filed by Plaintiffs Allstate ("Hartford Joinder") [18]
- 

<u>CV 21-5848, *AIG*</u>:
- Plaintiffs' Joinder in Motion for Remand Filed by Plaintiffs Allstate ("AIG Joinder") [20]

<u>CV 21-5895, *California Automobile Insurance Company ("CAIG")*</u>:
- Plaintiffs' Joinder in Motion for Remand Filed by Plaintiffs Allstate ("CAIG Joinder") [18]

<u>CV 21-5901, *Ascencio*</u>:
- Plaintiffs' Joinder in Motion for Remand Filed by Plaintiffs Allstate ("Ascencio Joinder") [17]

The Courtroom Deputy Clerk filed the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

:11/1:21total/rs